UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOYCE RIOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 3:07-cv-00483 JPG-DGW |
| v. | ) | |
| | ) | |
| | ) | |
| C.R. BARD, INC., and its subsidiary, DAVOL INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: July 5, 2007

Respectfully submitted,

*/s/ Joseph F. Callahan*
Joseph F. Callahan #6279549
Dennie Michelle Zankel #6271734
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendants C.R. BARD, INC., and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2007, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

David M. Hicks
DAVID M. HICKS, P.C.
7720 Stonebridge Golf Drive
Maryville, IL 62062
(618) 343-0901
(618) 301-3360 (fax)

*via first-class mail, postage prepaid, and electronic notice*

*/s/ Dennie Michelle Zankel*
Dennie Michelle Zankel