CJRA_C, CLOSED

# U.S. District Court
# Southern District of Illinois (East St. Louis)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00483-JPG-DGW
# Internal Use Only

Rios v. C. R. Bard, Inc. et al
Assigned to: Judge J. Phil Gilbert
Referred to: Mag/Judge Donald G. Wilkerson
Case in other court: Madison County Circuit Court, 07-L-534
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/02/2007
Date Terminated: 08/20/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joyce Rios**

represented by **David M. Hicks**
David M. Hicks & Associates
Generally Admitted
7720 Stonebridge Golf Drive
Maryville, IL 62062
618-343-0901
Fax: 618-301-3360
Email: hicksdav@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**
*and its subsidiary*

represented by **Joseph F. Callahan**
Baker, Sterchi et al. - St. Louis
Generally Admitted
1010 Market Street
Suite 950
St. Louis, MO 63101
314-446-4212
Fax: 314-241-7604
Email: callahan@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennie M. Zankel**
Baker, Sterchi et al. - St. Louis
1010 Market Street
Suite 950
St. Louis, MO 63101
314-231-2925
Fax: 314-231-4857

Email: zankel@bscr-law.com

**Edward A. Wallace**
Wexler Firm
Generally Admitted
One North LaSalle Street
Suite 2000
Chicago, IL 60602
312-346-2222
Email: eaw@wtwlaw.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Joseph F. Callahan**
Baker, Sterchi et al. - St. Louis
Generally Admitted
1010 Market Street
Suite 950
St. Louis, MO 63101
314-446-4212
Fax: 314-241-7604
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennie M. Zankel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625000049. Documents may now be electronically filed. Case number 07-483-JPG must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice of Consent to Trial by US Magistrate Judge)(tkm) (Entered: 07/02/2007) |
| 07/05/2007 | 2 | NOTICE OF REMOVAL by C. R. Bard, Inc. from Third Judicial Circuit, Madison County, Illinois, case number 07-L-534. ( Filing fee $ 350) (Attachments: # 1 Civil Cover Sheet # 2 Civil Cover Sheet Addendum to Civil Cover Sheet# 3 Jury Demand)(Callahan, Joseph) (Entered: 07/05/2007) |
| 07/05/2007 | 3 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 2 Notice of Removal, filed by C. R. Bard, Inc. See attached document for specifics (dka, ) (Entered: 07/05/2007) |

| | | |
|---|---|---|
| 07/05/2007 | 4 | EXHIBIT by C. R. Bard, Inc., Davol, Inc.. Exhibit to 2 Notice of Removal, *Complaint*. (Callahan, Joseph) (Entered: 07/05/2007) |
| 07/05/2007 | 5 | Corporate Disclosure Statement by C. R. Bard, Inc., Davol, Inc.. (Callahan, Joseph) (Entered: 07/05/2007) |
| 07/06/2007 | | (Court only) ***Staff notes (cwh, )jx verified, no conflicts (Entered: 07/06/2007) |
| 07/10/2007 | 6 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES* by C. R. Bard, Inc., Davol, Inc..(Callahan, Joseph) (Entered: 07/10/2007) |
| 07/11/2007 | | (Court only) ***Staff notes Track C. Final Pre-trial set for 9/12/2008 at 9:30 a.m. with a jury trial setting of 9/22/2008 at 9:00 a.m. (by:kjr) (Entered: 07/11/2007) |
| 07/11/2007 | 7 | CJRA TRACK C assigned:Final Pretrial Conference set for 9/12/2008 at 09:30 AM in Benton Court House before Judge J. Phil Gilbert.,Jury Trial set for 9/22/2008 at 09:00 AM in Benton Court House before Judge J. Phil Gilbert. (by:kjr) (Entered: 07/11/2007) |
| 07/11/2007 | 8 | ENTRY STRICKEN: NOTICE of Appearance by Dennie M. Zankel on behalf of C. R. Bard, Inc., Davol, Inc. (Zankel, Dennie) Modified on 7/19/2007 (lmb). (Entered: 07/11/2007) |
| 07/16/2007 | 9 | NOTICE TO COUNSEL: Telephonic Scheduling/Discovery Conference set for 8/21/2007 01:30 PM before Mag/Judge Donald G. Wilkerson. (rmb) (Entered: 07/16/2007) |
| 07/19/2007 | 10 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 8 Notice of Appearance filed by Davol, Inc. C. R. Bard, Inc. See attached document for specifics (lmb) (Entered: 07/19/2007) |
| 08/03/2007 | 11 | NOTICE Of Tag-Along Action by C. R. Bard, Inc., Davol, Inc. (dka, ) (Entered: 08/06/2007) |
| 08/20/2007 | 12 | MOTION to Stay *OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL* by C. R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Zankel, Dennie) (Entered: 08/20/2007) |
| 08/20/2007 | 13 | ORDER TAKING UNDER ADVISEMENT 12 Motion to Stay. Because the parties have indicated that this case will likely transfer to the MDL Panel, the Telephonic Scheduling Conference set for 8/21/2007 is hereby RESET to 10/9/2007 at 2:00 P.M. If the case transfers before the date of the rescheduled conference, the conference itself will, of course, be canceled. Signed by Judge Donald G. Wilkerson on 8/20/2007. (brk) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/20/2007) |
| 08/20/2007 | 14 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to District of Rhode Island. (Attachments: # 1 Letter from MDL Court)(bkl) (Entered: 08/24/2007) |
| 08/24/2007 | 15 | Letter from USDC So. Dist. of IL to USDC, District of Rhode Island (bkl) (Entered: 08/24/2007) |